FILED & JUDGMENT ENTERED
Steven T. Salata

February 14 2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Laura T. Beyer
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**In re:**

**CRYSTAL YVETTE BAPTISTE**         Case No.: 18-31341
                                    **Chapter 13 Proceeding**
    **Debtor.**

## ORDER SATISFYING STATUS HEARING ON DEBTOR'S
## ORDER APPROVING THE SALE OF REAL PROPERTY.

THIS MATTER came before the Court for a Status Hearing on February 7, 2023, and for good cause shown, the Court made the following Findings of Fact:

1. On November 20, 2022, Debtor entered an Offer to Purchase Contract to sell her home located at 9576 Mahland Court, Concord, NC 28027 to Dorie Love-Ashby for $490,000.00.
2. Debtor sought approval from the bankruptcy Court and was given the authority to sell her property on December 19, 2022.
3. However, unbeknownst to Debtor's Attorney, the buyer rescinded her offer prior to Debtor gaining approval from this court.
4. On December 14, 2022, Debtor received a second offer from Anuj Bhandari of which she accepted. Debtor sought to move forward with this contract because it was the same price as the first offer.
5. Unfortunately, that offer fell through as well after the buyer rescinded his offer.
6. Upon speaking with Attorney, Debtor believes that the 2 potential buyers rescinded their offers after learning that her property was in bankruptcy. Debtor believed that she would be more successful if she dismissed her case and sold her property outside of bankruptcy.
7. As such, Debtor requested that Attorney dismiss her case on February 6, 2023.

BASED UPON THE FOREGOING FINDINGS OF FACT AND CONCLUSIONS OF LAW, IT IS ORDERED, ADJUDGED and DECREED that:

1. Debtor's status hearing is satisfied.

This Order has been signed electronically. The Judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court